## Relaco Rosin Products, Inc., Appellee, v. National Casein Company, Appellant.

### Gen. No. 43,293.

Heard in the second division, first district, this court at the December term, 1944; opinion filed December 18, 1945; rehearing denied January 2, 1946; released for publication January 2, 1946. Francis J. Higgins, for appellant; Herbert F. Geisler and Thomas L. Owens, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.